United States District Court
Southern District of Texas
**ENTERED**
August 14, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 4:17-CV-00421 |
| JOHN DOE, | § |
| Defendant. | § |

## ORDER

Plaintiff has filed a Notice of Dismissal With Prejudice of John Doe. (Doc. No. 18.) In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Complaint has been **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 11th day of August, 2017.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE